■ In the Matter of the Claim of DORA ROTHMAN, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.